UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANDON JASON FLAKES, #603408, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:13-cv-889 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CARMEN PALMER, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

The Court has denied the § 2254 petition for habeas relief. All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 8, 2019                    /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge